UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE SPANO,<br><br>             Plaintiff,<br><br>      v.<br><br>LYFT, INC.,<br><br>             Defendant. | Case No.  24-cv-00799-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Means v. Lyft*, 24-cv-177.

**IT IS SO ORDERED.**

Dated: May 3, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**