# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

LAURIE SPANO,

    Plaintiff

      v.

LYFT, INC., a Delaware Corporation; and DOES 1 through 50, Inclusive,

    Defendants.

Case No. 3:24-cv-00799-AMO

**[PROPOSED] ORDER GRANTING LYFT, INC.'S**

**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Lyft, Inc. has moved to dismiss with prejudice the following claims in Plaintiff's first amended complaint:  misrepresentation (Claim 2); negligent infliction of emotional distress (Claim 4); common-carrier negligence (Claim 5); breach of other non-delegable duties (Claim 6); vicarious liability (Claim 7); breach of contract (Claim 8); and unfair competition (Claim 10).  The Court, having considered Lyft's motion, the memorandum of points and authorities in support, all other papers submitted in opposition and reply, and the applicable law, and finding good cause therefore, hereby **GRANTS** Lyft's motion in its entirety.

Accordingly, it is hereby **ORDERED** that the following claims in Plaintiff's first amended complaint be **DISMISSED WITH PREJUDICE**:  misrepresentation (Claim 2); negligent infliction of emotional distress (Claim 4); common-carrier negligence (Claim 5); breach of other non-delegable duties (Claim 6); vicarious liability (Claim 7); breach of contract (Claim 8); and unfair competition (Claim 10).

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. Araceli Martínez-Olguín
United States District Judge