1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WARREN METLITZKY (CA Bar No. 220758)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: wmetlitzky@conmetkane.com

BETH A. STEWART (*pro hac vice*)
DAVID RANDALL J. RISKIN (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel:    (202) 434-5000
Fax:    (202) 434-5029
Email: bstewart@wc.com
Email: driskin@wc.com

*Attorneys for Lyft, Inc.*

**DENIED WITHOUT PREJUDICE** *
*Maxine M. Chesney*
Judge Maxine M. Chesney

\* The parties have failed to address the obvious effect
of their request on the currently scheduled trial date.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

TABATHA MEANS,

        Plaintiff,

    v.

LYFT, INC., a DELAWARE CORPORATION; AND
DOES 1 THROUGH 50, INCLUSIVE,

        Defendants.

Case No. 3:24-cv-00177-MMC (lead case)

**STIPULATION AND [PROPOSED]
ORDER TO STAY THE PROCEEDINGS**

1

2    LAURIE SPANO,                                        Case No. 3:24-cv-00799-MMC (related case)

3              Plaintiff,

4        v.

5

6    LYFT, INC., A DELAWARE CORPORATION; AND
     DOES 1 THROUGH 50, INCLUSIVE,

7
              Defendants.
8

9    MARIBETH STENCEL,                                    Case No. 3:24-cv-01535-MMC (related case)

10             Plaintiff,

11       v.

12

13   LYFT, INC., A DELAWARE CORPORATION; AND
     DOES 1 THROUGH 50, INCLUSIVE,
14
              Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Tabatha Means, Laurie Spano, and Maribeth Stencel, on the one hand, and Lyft, Inc., on the other hereby stipulate as follows:

WHEREAS, the above-captioned actions were referred to private alternative dispute resolution on July 26, 2024;

WHEREAS, the parties have been engaged in ongoing discussions in an attempt to resolve these cases;

WHEREAS, those discussions are part of an effort to address a set of cases counsel for Plaintiffs have brought against Lyft; and

WHEREAS, the parties agree that their ongoing discussions, both as regards the above-captioned actions and globally, would benefit from a stay of all activities in these proceedings;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1.     The above-captioned proceedings are stayed for three months from the date this order is signed.

2.     Promptly following the expiration of the three-month stay, the parties shall provide a status update to the Court, to include a proposal on how the proceedings shall be conducted going forward.  No activity in these proceedings shall occur until the parties have presented that proposal addressing, and the Court has entered an order governing, further activities in the proceedings.

**IT IS SO STIPULATED.**

Dated:  June 26, 2025                Respectfully submitted,


By: */s/ Warren Metlitzky*

Warren Metlitzky (CA Bar No. 220758)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: wmetlitzky@conmetkane.com

Beth A. Stewart (*pro hac vice*)
David Randall J. Riskin (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC 20024
Tel:    (202) 434-5000
Fax:    (202) 434-5029
Email: bstewart@wc.com
Email: driskin@wc.com

*Attorneys for Lyft, Inc.*


By: */s/ Rachel Abrams*

RACHEL ABRAMS (Cal Bar No. 209316)
SARA CRAIG (Cal. Bar No. 301290)
ADAM B. WOLF (Cal Bar No. 215914)
PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.766.3544
Facsimile: 415.840.9435
Email: rabrams@peifferwolf.com
Email: awolf@peifferwolf.com

*Attorneys for Plaintiff*


### ATTESTATION

Under Civil Local Rule 5-1(i)(3), I hereby attest that each of the other signatories have concurred in the filing of this document.


DATED:  June 26, 2025                */s/ Warren Metlitzky*
                                       Warren Metlitzky

2

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TABATHA MEANS, | Case No. 3:24-cv-00177-MMC |
| Plaintiff, | **[PROPOSED] ORDER TO STAY THE PROCEEDINGS** |
| v. | |
| LYFT, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |
| | |
| LAURIE SPANO, | Case No. 3:24-cv-00799-MMC (related case) |
| Plaintiff, | |
| v. | |
| LYFT, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |
| | |
| MARIBETH STENCEL, | Case No. 3:24-cv-01535-MMC (related case) |
| Plaintiff, | |
| v. | |
| LYFT, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

3

The Court hereby GRANTS the parties' stipulation as follows:

1.      The above-captioned proceedings are stayed for three months from the date this order is signed.

2.      Promptly following the expiration of the three-month stay, the parties shall provide a status update to the Court, to include a proposal on how the proceedings shall be conducted going forward.  No activity in these proceedings shall occur until the parties have presented that proposal addressing, and the Court has entered an order governing, further activities in the proceedings.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATE:  _____

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

4